Frederick F. Nolte, Respondent, v. Jennie E. Seymour, as Executrix, etc., Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Thomas O'Donnell, by Michael W. O'Donnell, His Guardian ad Litem, Respondent, v. New York Dock Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

Spencer Onderdonk, Respondent, v. New Jersey and New York Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J. Jenks, Burr, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. Patsy Antico, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York affirmed. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Jessie Bain Cowan, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Louis B. Boudin, Relator, v. Josiah T. Marean, One of the Justices of the Supreme Court of the State of New York, Respondent.— Determination annulled for the failure to set forth in the mandate of commitment the particular circumstances of the offense as required by section 11 of the Code of Civil Procedure. (See *People ex rel. Palmieri* v. *Marean*, 86 App. Div. 278.) Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Mary Carew, Appellant, v. John V. Coggey, as Commissioner of Corrections of the City of New York, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs, on the authority of *Matter of Sugden* v. *Partridge* (174 N. Y. 87). Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

The People of the State of New York ex rel. The Mount Vernon Trust Company, Respondent, v. Charles D. Millard, as Supervisor of the Town of Greenburgh, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Gaynor, Burr, Rich and Miller, JJ., concurred; Hirschberg, P. J., voted to dismiss the appeal, with ten dollars costs and disbursements, on the ground that no appeal lies from the order.

The People of the State of New York ex rel. George Sibley and Others, Appellants, v. Lawrence Gresser, as President of the Borough of Queens, City of New York, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

The People of the State of New York ex rel. Michael J. Tormey, Respondent,